# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. **5:19-mj-535** |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of _____ in the
_____ District of _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

Attachment A

I, Gabriel Rios Jr., a Special Agent with Homeland Security Investigations, have knowledge of the following facts:

1. On April 28, 2019, Fernando PALOMO- Gonzalez entered the United States via the Lincoln Juarez Bridge, Port of Entry, in Laredo, Texas, as the driver of a 2002 blue Chevrolet Silverado.

2. A secondary inspection of the vehicle resulted in the discovery of 88.14 kilograms of a clear, liquid-like substance that field tested positive for methamphetamine concealed within the propane tank located in the bed of the truck.

3. Homeland Security Investigations (HSI) Special Agents and a Task Force Officer (TFO) responded to the aforementioned seizure. PALOMO-Gonzalez was advised of his Miranda rights in the Spanish language. PALOMO-Gonzalez signed a waiver of rights form and agreed to make a statement without the presence of an attorney.

4. During the interview, PALOMO-Gonzalez stated to HSI agents and TFO he told the primary CBPO, he and his passenger were on their way to Houston, Texas to drop off the truck. PALOMO-Gonzalez stated he was going to be paid $1,500.00 dollars to transport the truck from Monterrey, Nuevo Leon, Mexico to Houston, Texas. PALOMO-Gonzalez stated to transporting building material on four different occasions for the same individuals. PALOMO-Gonzalez noted that the building materials cost less than the payments he received for transporting the building materials. PALOMO-Gonzalez knew his payment was excessive for the building materials he was transporting to Houston, Texas. PALOMO-Gonzalez also admitted he became suspicious that he might be transporting narcotics because his payment for transporting the truck was almost the same amount as the value of the truck he was transporting.